Stephen Danz (SB# 68318)
**STEPHEN DANZ & ASSOCIATES**
11661 San Vicente Blvd., Suite 500
Los Angeles, CA 90049
Telephone: (877) 789-9707
Fax: (310) 207-5006
Email: stephen.danz@employmentattorneyca.com

Christopher R. LeClerc, Esq. (SB# 233479)
**LE CLERC & LE CLERC LLP**
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: chris@leclerclaw.com

Attorneys for Plaintiff
GERI MARIDON

Marianne C. Koepf, State Bar No. 191025
mkoepf@cdflaborlaw.com
Mark S. Spring, State Bar No. 155114
mspring@cdflaborlaw.com
**CAROTHERS DISANTE & FREUDENBERGER LLP**
601 Montgomery Street, Suite 350
San Francisco, California 94111
Telephone: (415) 981-3233
Facsimile: (415) 981-3246

Attorneys for Defendant Comcast Cable Communications Management, LLC, erroneously sued herein as Comcast Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERI MARIDON, an individual, | Case No. C 12-2109 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT'S IDENTITY TO COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC** |
| v. | |
| COMCAST CORPORATION, a Pennsylvania Corporation; and DOES 1-100, inclusive, | |
| Defendants. | Action Filed: October 8, 2010<br>Trial Date: None Set |

### *RECITALS*

1. Whereas, Plaintiff brought this lawsuit against "Comcast Corporation."

2. Whereas, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC answered the complaint asserting that it, not COMCAST CORPORATION, was the proper defendant in this matter.

### *STIPULATION*

**The parties by and through counsel hereby stipulate as follows:** That the Court enter an Order stating that the Caption in this matter henceforth be modified to COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, and that all previous references to "COMCAST CORPORATION" be deemed to be references to "COMCAST CABLE COMMUNICATIONS MANAGMENT, LLC."

Dated: 12/13/2012          **Le Clerc & Le Clerc LLP**

By: /s/ Christopher R. LeClerc
Christopher R. LeClerc, Esq.
Attorney for Plaintiff
GERI MARIDON

Dated: 12/13/2012          **Carothers DiSante & Freudenberger LLP**

By: /s/ Mark Spring
Mark Spring, Esq.
Attorney for Defendant
Comcast Cable Communications
Management, LLC

Having reviewed the Stipulation of the Parties, good cause appearing, the Court hereby GRANTS the stipulation. **IT IS SO ORDERED.**

Dated: 12/18/12          By: _____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

- 1 -
STIPULATION AND [PROPOSED] ORDER
MARIDON V. COMCAST CORP., ET AL. (CASE NO. C 12-2109 EMC)

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: 12/13/2012              **Le Clerc & Le Clerc LLP**

By: /s/ Christopher R. LeClerc
Christopher R. LeClerc, Esq.
Attorney for Plaintiff
GERI MARIDON