**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** March 18, 2013

**Case No. and Name:** C12-2109 EMC Maridon v. Comcast Cable

**Deputy Clerk:** Betty Lee

### ORDER

The Court has considered the question from the last CMC about whether the Plaintiff has made a timely demand for a jury trial, and finds that Plaintiff's demand was timely. See Fed. R. Civ. P. 81(c)(3)(A).