UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERI MARIDON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>        Defendant.<br>_____/ | No. C-12-2109 EMC<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEADING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO REOPEN DISCOVERY**<br><br>**(Docket No. 58)** |

    Before the Court is Plaintiff's Administrative Motion to File an Oversized Opposition, Continue Hearing Date of Defendant's Motion for Summary Judgment, and Reopen Discovery (Dkt. No. 58). Plaintiff's motion is **GRANTED**. Plaintiff will be permitted to conduct six additional depositions. The December 12, 2013 hearing on Defendant's second motion for summary judgment (Dkt. No. 49) is **VACATED** and reset for January 2, 2014. Plaintiff's opposition is due December 11, 2013. Defendant's reply is due December 18, 2013.

    Plaintiff's request to file an oversized opposition brief is **DENIED**.

    IT IS SO ORDERED.

Dated: November 14, 2013

                                            _____
                                            EDWARD M. CHEN
                                            United States District Judge