Stephen Danz (SB# 68318)
**STEPHEN DANZ & ASSOCIATES**
11661 San Vicente Blvd., Suite 500
Los Angeles, CA  90049
Telephone:  (877) 789-9707
Fax:  (310) 207-5006
Email:  stephen.danz@employmentattorneyca.com

Christopher R. LeClerc, Esq. (SB# 233479)
**LE CLERC & LE CLERC LLP**
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone:  (415) 445-0900
Fax:  (415) 445-9977
Email: chris@leclerclaw.com

Attorneys for Plaintiff
GERI MARIDON

Marianne C. Koepf, State Bar No. 191025
mkoepf@cdflaborlaw.com
Mark S. Spring, State Bar No. 155114
mspring@cdflaborlaw.com
**CAROTHERS DISANTE & FREUDENBERGER LLP**
601 Montgomery Street, Suite 350
San Francisco, California 94111
Telephone:  (415) 981-3233
Facsimile:  (415) 981-3246

Attorneys for Defendant Comcast Cable Communications Management, LLC, erroneously sued herein as Comcast Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERI MARIDON, an individual, ) | Case No.  C 12-2109 EMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND [P~~ROP~~OSED]** |
| ) | **ORDER MODIFYING BRIEFING** |
| v. ) | **SCHEDULE ON MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |
| COMCAST CABLE ) | |
| COMMUNICATIONS MANAGEMENT, ) | |
| LLC; and DOES 1-100, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## RECITALS

1. Whereas, on November 6, 2013, Defendant filed a motion for summary judgment/adjudication. (Docket # 49-57.)

2. Whereas, on November 14, 2013, the Court continued the hearing date of that motion to permit Plaintiff to conduct six depositions of declarants in support of said motion. (Docket # 61.) In said Order, the Court set the new deadline for Plaintiff to file an opposition to the motion for summary judgment on December 11, 2013 and the new deadline for Defendant to file a reply brief on December 18, 2013. The Court also reset the hearing date for the motion for summary judgment on January 2, 2014.

3. Whereas, the Parties have met and conferred and the soonest available date for defense counsel and four of the witnesses is December 3rd, 5th, 6th and 9th.

4. Whereas, on November 19, 2013, the Court reset the hearing date for the motion on January 6, 2014 at 3:30 p.m. (Docket # 62.)

5. Whereas, in light of the fact that the depositions will be so close to the opposition deadline, Plaintiff has requested that the Court modify the briefing schedule to permit more time between the depositions and the opposition deadline. Defendant does not object to this request as long as Defendant is provided with at least seven days to prepare its reply and the reply brief is due no later than December 23. In light of this, the Plaintiff makes this unopposed and stipulated request to the Court to amend the briefing schedule to permit Plaintiff to file an opposition on or before December 16, 2013, and to allow Defendant until on or before December 23, 2013 to file a reply brief.

///
///
///
///
///
///

- 1 -
STIPULATION AND [PROPOSED] ORDER
MARIDON V. COMCAST CORP., ET AL. (CASE NO. C 12-2109 EMC)

***STIPULATION***

**Plaintiff requests and Defendant agrees stipulates, as follows:** That the Court enter an Order amending the briefing schedule on Defendant's motion for summary judgment (Docket # 49-57) such that Plaintiff's deadline to file an opposition is December 16, 2013, and that the Court provide Defendant a reply briefing deadline of December 23, 2013. The hearing date shall remain the same at January 6, 2014 at 3:30 p.m.

Dated: 11/22/2013  **Le Clerc & Le Clerc LLP**

By: /s/ Christopher R. LeClerc
Christopher R. LeClerc, Esq.
Attorney for Plaintiff
GERI MARIDON

Dated: 11/22/2013  **Carothers DiSante & Freudenberger LLP**

By: /s/ Mark Spring
Mark Spring, Esq.
Attorney for Defendant
Comcast Cable Communications
Management, LLC

Having reviewed the Stipulation of the Parties, good cause appearing, the Court hereby GRANTS the stipulation. **IT IS SO ORDERED.**

Dated: 11/27/13

By: _____
Hon. Edward M. Chen
United States District Court Judge



- 2 -
STIPULATION AND [PROPOSED] ORDER
MARIDON V. COMCAST CORP., ET AL. (CASE NO. C 12-2109 EMC)

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  11/22/2013   **Le Clerc & Le Clerc LLP**

By:  /s/ Christopher R. LeClerc
Christopher R. LeClerc, Esq.
Attorney for Plaintiff
GERI MARIDON