```
1  Mark S. Spring, State Bar No. 155114
   mspring@cdflaborlaw.com
2  Marianne C. Koepf, State Bar No. 191025
   mkoepf@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   601 Montgomery Street
4  Suite 350
   San Francisco, California 94111
5  Telephone: (415) 981-3233
   Facsimile: (415) 981-3246
6
   Attorneys for Defendant
7  COMCAST CABLE COMMUNICATIONS
   MANAGEMENT, LLC, erroneously sued as Comcast
8  Corporation

9  Christopher R. LeClerc, State Bar No. 233479
   chris@leclerclaw.com
10 LECLERC & LECLERC, LLP
   235 Montgomery Street, Suite 1019
11 San Francisco, California 94107
   Telephone: (415) 445-0900
12 Facsimile: (415) 445-9977

13 Attorneys for Plaintiff
   GERI MARIDON
14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| GERI MARIDON, | ) Case No. C12-02109 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) **JOINT STATUS CONFERENCE** |
|  | ) **STATEMENT** |
| COMCAST CORPORATION, a Pennsylvania Corporation; and DOES 1-100, inclusive, | ) |
| Defendants. | ) |

The parties were able to settle this matter on January 16, 2014, with the assistance of Magistrate Judge Paul S. Grewal at a Settlement Conference presided over by Judge Grewal. The terms of the settlement are intended to be confidential. The parties request that all scheduled dates be vacated, including the March 2014 trial date, and that the parties be ordered to file a stipulation for dismissal on or before February 21, 2014.

1   JOINT STATUS CONFERENCE STATEMENT

775576.1

|   |   |   |
|---|---|---|
| 1 | Dated: January 16, 2014 | CAROTHERS DISANTE & FREUDENBERGER LLP |

By: /s/Mark S. Spring
 Mark S. Spring
Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

Dated: January 16, 2014 LECLERC & LECLERC, LLP

By: /s/Christopher R. LeClerc
 Christopher R. LeClerc
Attorneys for Plaintiff
GERI MARIDON

IT IS SO ORDERED that the 1/23/14 status conference is rescheduled for 2/27/14 at 10:30 a.m. An updated joint status report shall be filed by 2/20/14. Trial and related trial deadlines are vacated.

Edward M. Chen
U. S. District Judge

2 JOINT STATUS CONFERENCE STATEMENT

775576.1